## Case No. 10,580.

### ORMSBY v. TINGEY.

[2 Cranch, C. C. 128.] 1

Circuit Court, District of Columbia. Dec. Term, 1816.

EVIDENCE—COPY FROM RECORDS — DEED OF PERSONAL PROPERTY.

A copy, from the records, of a deed of personal property, which derives no validity from being recorded, is not competent evidence.

Assumpsit, against the defendant, as indorser of T. Craven's note.

Mr. Jones, for plaintiff, offered to read, in evidence, a copy from the record of a deed of personal property, from Craven to Tingey, in trust, to secure Tingey; the property to remain in the possession of Craven until Tingey should be liable, &c. The deed was not recorded within twenty days, as required by Act Md. 1729, c. 8, § 5.

THE COURT decided that, inasmuch as the deed could not obtain validity by being recorded after the twenty days, a copy from the record was not competent evidence.